UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>                Defendants. | **1:22-cv-01569-JLT-GSA-PC**<br><br>**ORDER DIRECTING THE CLERK TO REASSIGN THIS CASE TO MAGISTRATE JUDGE STANLEY A. BOONE** |

This case was filed on December 5, 2022, by plaintiff Jane Doe, a former inmate who is proceeding with counsel. At case opening, this case was assigned to Magistrate Judge Gary S. Austin in error. The Clerk's Office has now randomly designated this case to be transferred to Magistrate Judge Stanley A. Boone to conduct further proceedings. Therefore, by this order, the Clerk shall be directed to reassign this case to Magistrate Judge Stanley A. Boone.

Accordingly, the Clerk is **HEREBY DIRECTED** to reassign this case to Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

    Dated: **December 7, 2022**               **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE