# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01569-JLT-SAB<br><br>ORDER ENTERING STIPULATION TO PROCEED PSEUDONYMOUSLY AND REQUIRING ANY NON-APPEARING DEFENDANTS TO FILE ANY OPPOSITION OR OBJECTION WITHIN TWENTY-ONE DAYS OF APPEARANCE<br><br>(ECF Nos. 9, 21) |

On December 5, 2022, Jane Doe ("Plaintiff"), filed this action against Defendants Greg Rodriguez, Warden Michael Pallares, Officer Favre, Officer Allen, Officer Valladares, Officer Mosqueda, the State of California, and the California Department of Corrections and Rehabilitation ("CDCR"). (ECF No. 1.) On December 12, 2022, the Court granted Plaintiff's motion to proceed by pseudonym, subject to reconsideration of the issue when the Defendants appear in this action. (ECF No. 9.) No answers have been filed, however, on January 5, 2023, counsel expressly appearing on behalf of Defendants State of California and the CDCR, and Plaintiff, filed a stipulation agreeing to an extension of time for all Defendants to file an answer. (ECF No. 19.) On January 25, 2023, a stipulation agreeing to allow Plaintiff to proceed pseudonymously was filed. (ECF No. 21.)

Like the previous stipulation, counsel's signature block only expressly states counsel is attorney of record for Defendants State of California and the CDCR. (Id.) As the stipulation

explains, these Defendants appeared on January 5, 2023; Plaintiffs' counsel has informed these Defendants of Plaintiff's true name; and these Defendants do not oppose Plaintiff proceeding pseudonymously in this proceeding, with certain limitations. (ECF No. 21.)

The Court finds good cause to enter the stipulation based on the same legal standards and factual findings the Court made when granting the motion to proceed pseudonymously. (ECF No. 9.) The Court previously ordered that Defendants shall file an opposition, objection, or statement of non-opposition to Plaintiff proceeding by pseudonym in this action within twenty-one (21) days of appearing in this action. (<u>Id.</u> at 4.) Given the proffers in the filed stipulation, the Court shall still require any newly appearing Defendants to file any opposition or objection, but the Court will not require any appearing Defendants to file a statement of non-opposition if they do not oppose the stipulation as entered here.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation filed January 25, 2023, (ECF No. 21), is APPROVED and ENTERED as follows;
2. Plaintiff may proceed pseudonymously in this matter, subject to the parameters in this order, and subject to reconsideration upon the filing of an opposition or objection by other named Defendants not yet appearing;
3. No party may use Plaintiff's true name in public filings or in open court in pretrial proceedings in this matter, and instead shall refer to Plaintiff as "Jane Doe";
4. Parties filing documents bearing Plaintiff's true name in the public record shall redact Plaintiff's true name;
5. If it is necessary to use Plaintiff's true name in a court filing, the filing party shall follow the procedures under Local Rule 141 and request that the document be filed under seal;
6. The parties may use Plaintiff's true name in the course of investigation and discovery in this matter, including but not limited to witness interviews and correspondence, subpoenas to non-parties, and in depositions;
7. The stipulation and this order does not address the use of a pseudonym at any trial

in this matter, which the parties will address at the appropriate time;

8. The parties' use of Plaintiff's true name outside of this litigation, such as for purposes of CDCR's internal investigation, or a potential related criminal proceeding, is not addressed by, and is not limited by the stipulation or the Court's order allowing Plaintiff to proceed pseudonymously in this litigation; and

9. Defendants, other than the State of California and the CDCR, shall file any opposition or objection to Plaintiff proceeding by pseudonym in this action within twenty-one (21) days of appearing in this action.

IT IS SO ORDERED.

Dated: **January 25, 2023**

UNITED STATES MAGISTRATE JUDGE