# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>GREG RODRIGUEZ, et al.,<br><br>                    Defendants. | Case No. 1:22-cv-01569-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE ON EXPECTED MOTION TO DISMISS<br><br>(ECF No. 25) |

Plaintiff initiated this action on December 5, 2022. (ECF No. 1.) On February 6, 2023, the Court granted a stipulated request to extend the time for Defendants to file a responsive pleading until February 24, 2023. (ECF No. 24.) On February 24, 2023, the parties filed a stipulated request to again extend the time for Defendants to file a responsive pleading, and to set a briefing schedule on an expected motion to dismiss. (ECF No. 25.) The Court finds good cause to grant the request pursuant to the parties' agreement, as well as the proffer that Plaintiff's counsel is considering dismissing certain Defendants and has an upcoming trial.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' deadline to respond to the first amended complaint is extended to March 9, 2023;

2. Any opposition to Defendants' forthcoming motion to dismiss shall be filed on or before April 4, 2023;

3. Any reply to the Plaintiff's opposition shall be filed on or before April 11, 2023; and

4. Any hearing on the forthcoming motion to dismiss shall be set in accordance with Local Rule 230, and the assigned District Judge's standing order, unless there is consent to proceed before a magistrate judge.

IT IS SO ORDERED.

Dated:   **February 24, 2023**

UNITED STATES MAGISTRATE JUDGE