|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| JANE DOE,          | Case No. 1:22-cv-01569-JLT-SAB |
|                    |                                |
| Plaintiff,         | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v.                 |                                |
| GREG RODRIGUEZ, et al., | (ECF No. 28)              |
| Defendants.        |                                |

Plaintiff initiated this action on December 5, 2022. (ECF No. 1.) On March 7, 2023, the parties filed a stipulation agreeing to extend the deadline for Defendant Greg Rodriguez to file a pleading responsive to the first amended complaint from March 9, 2023, to March 23, 2023. (ECF No. 28.) The Court finds good cause to grant the extension based on counsel recently being assigned to this case, and the recent stipulation of dismissal as to other Defendants in the action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Defendant Greg Rodriguez's deadline to respond to the first amended complaint is extended to March 23, 2023.

IT IS SO ORDERED.

Dated:  **March 7, 2023**

UNITED STATES MAGISTRATE JUDGE