**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, and DOES 1 to 20,<br><br>　　　　　　　　Defendants. | Old Case No. 1:22-cv-01574-SAB<br>New Case No. 1:22-cv-01574-JLT-SAB<br><br>ORDER RELATING CASES |

　　　Pursuant to Local Rule 123, the Court finds that the above-captioned action is related under this Court's Local Rule 123 to the matter of *Jane Doe v. Greg Rodriguez, et al.*, Case No. 1:22-cv-1569-JLT-SAB. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///

///

///

1

Based on good cause, this Court **ORDERS** that the above-captioned action be assigned to U.S. District Judge Jennifer L. Thurston. Going forward, all documents shall bear the new case number:

**1:22-cv-01574-JLT-SAB**

IT IS SO ORDERED.

Dated: __**March 27, 2023**__                    _____
                                                                            UNITED STATES DISTRICT JUDGE

2