# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01569-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION<br><br>**FIVE DAY DEADLINE** |

Jane Doe ("Plaintiff") initiated this civil rights action against Defendant Officers Greg Rodriguez, Favre, Allen, Valladares, and Mosqueda, Acting Warden Michael Pallares, the State of California, and the California Department of Corrections and Rehabilitation (collectively, "Defendants") on December 5, 2022, for claims pursuant to 42 U.S.C. § 1983 and state law. (ECF Nos. 1, 3.) The initial scheduling conference is currently set for April 20, 2023. (ECF No. 24.)

As to Defendant Officer Favre, a summons was returned executed on January 2, 2023. (ECF No. 17.) The executed summons indicates Favre was served on December 23, 2022, via the same agent for service of process at the prison as all of the other individual Defendants. (Id.) Pursuant to the executed summons, Favre's answer was due on January 13, 2023. All other Defendants have appeared in this action: Defendant Rodriguez answered the complaint, Defendants State of California and CDCR were dismissed, and Defendants Allen, Mosqueda,

Pallares, and Valladares have filed a motion to dismiss. However, as to Defendant Favre, no responsive pleading has been filed, nor a request for entry of default.[1]

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding Defendant, a stipulation extending the time to respond, or some other response regarding the status of this action and readiness for the scheduling conference.[2] Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **March 29, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes Defendants indicate, in their recently-filed motion to dismiss, that the prison has no record of an officer by the name of Favre. (See ECF No. 32-1 at 7 n.1.)

[2] The Court notes Defendants Allen, Mosqueda, Pallares, and Valladares have also filed a motion to continue the date of the scheduling conference (ECF No. 34), which the Court shall address by separate order after the status as to Defendant Favre has been addressed/resolved.