# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>GREG RODRIGUEZ, et al.,<br><br>        Defendants. | Case No. 1:22-cv-01569-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE OFFICER FAVRE AS A DEFENDANT IN THIS ACTION<br><br>(ECF Nos. 38, 39, 40) |

On December 5, 2022. (ECF No. 1.) Jane Doe ("Plaintiff") initiated this civil rights action against Defendant Officers Greg Rodriguez, Favre, Allen, Valladares, and Mosqueda, Acting Warden Michael Pallares, the State of California, and the California Department of Corrections and Rehabilitation (collectively, "Defendants") on December 5, 2022, for claims pursuant to 42 U.S.C. § 1983 and state law. (ECF Nos. 1, 3.) On March 8, 2023, the State of California and California Department of Corrections and Rehabilitation were terminated as Defendants in this action pursuant to the parties' stipulation. (ECF No. 30.)

As to Defendant Officer Favre, no responsive pleading has been filed, nor a request for entry of default. On March 30, 2023, the Court ordered Plaintiff to either file a request for entry of default on the non-responding Defendant Officer Favre, a stipulation extending the time to respond, or some other response regarding the status of this action and readiness for the scheduling conference. (ECF No. 38.) On April 3, 2023, Plaintiff filed a status report, as well as

a notice of voluntary dismissal of Defendant Officer Favre.  (ECF Nos. 39, 40.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action.").  "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." Concha, 62 F.3d at 1506.

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Officer Favre from this action.

IT IS SO ORDERED.

Dated:   **April 4, 2023**

UNITED STATES MAGISTRATE JUDGE