Robert Chalfant (State Bar No. 203051)
**LAW OFFICE OF ROBERT CHALFANT**
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 647-7728
Facsimile:     (916) 930-6093
Email:          robert@rchalfant.com

Attorney for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, OFFICER FAVRE, OFFICER ALLEN, OFFICER VALLADARES, OFFICER MOSQUEDA, and DOES 1 to 20,<br><br>          Defendants. | Case No.  1:22-cv-01569-JLT-SAB<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE** |

PLEASE TAKE NOTICE of the following related action, pursuant to Local Rule 123:

*Jane Doe v. State of California, California Department of Corrections and Rehabilitation*

Superior Court of California, County of Madera

Case No. MCV088884

This action is related to this federal court action because: (1) both actions involve some of the same parties (i.e., Plaintiff Jane Roe ("Plaintiff") and Defendants State of California and California Department of Corrections And Rehabilitation ("State Defendants"); (2) both actions

involve the same events (i.e, Plaintiff's rape and sexual assault by an on-duty Correctional Officer Greg Rodriguez; and (3) both actions involve some similar questions of fact and law (i.e., whether State Defendants are liable for Plaintiff's injuries and damages.

Plaintiff previously asserted the claims now present in the related state court action in this federal court action. See ECF No. 8 ¶¶ 6, 7, 16-20, 83-85, 141-152. In response, State Defendants declined consent to litigate the claims in this federal court action by asserting Eleventh Amendment immunity. Accordingly, Plaintiff dismissed the claims, (see ECF No. 27 and 30), and initiated the related state court action.

Dated: May 10, 2023                             Respectfully Submitted,

                                                By:   /s/ Robert Chalfant
                                                      Robert Chalfant
                                                      LAW OFFICE OF ROBERT CHALFANT

                                                      Attorney for Plaintiff
                                                      JANE DOE