# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>       v.<br><br>GREG RODRIGUEZ, et al.,<br><br>             Defendants. | Case No. 1:22-cv-01569-JLT-SAB<br><br>ORDER RE: STIPULATION TO REFER CASE FOR EARLY SETTLEMENT CONFERENCE AND STAY ACTION PENDING SETTLEMENT CONFERENCE<br><br>(ECF No. 50) |

Plaintiff Jane Doe initiated this civil rights action against Defendants Rodriguez, Pallares, Favre, Allen, Valladares, Mosqueda, the State of California, and the California Department of Corrections and Rehabilitation ("CDCR") on December 5, 2022, asserting claims based on sexual assault and failure to protect.[1] (ECF No. 1.) This action was related to Roe v. Rodrizuez, No. 1:22-cv-01574-JLT-SAB, on March 27, 2023. (ECF No. 36.) A scheduling conference was held on April 20, 2023 (ECF No. 46), and limited discovery deadlines were set in light of the pending motion to dismiss filed by some of the named defendants. (See ECF Nos. 32, 43, 47.)

On June 19, 2023, Plaintiff and Defendants Allen, Mosqueda, Pallares, and Valladeraz filed a stipulated request to set an early in-person settlement conference before Magistrate Judge Newman on October 3 or 4, 2023, and to stay proceedings in the meantime. (ECF No. 50.) The

---

[1] Defendants CDCR, State of California and Favre have been dismissed from this action.

1

parties indicate counsel for Defendant Rodriguez was unable to join in the stipulation and anticipates filing a motion to withdraw from the case in the near future. (Id. at 2, n.1.) While the parties agree that a stay on proceedings is appropriate pending settlement, they proffer they may informally exchange information to facilitate settlement and may seek a protective order for that purpose. The Court finds good cause to grant the stipulated requested relief as to setting a settlement conference and staying proceedings; however, it shall set the settlement conference in accordance with the Court's availability.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. A settlement conference is set for **October 16, 2023** at **9:30 a.m.** before **Magistrate Judge Barbara A. McAuliffe** in **Courtroom 8;**

2. This action is STAYED, including all party and non-party discovery, pending the settlement conference; and

3. The parties may informally exchange information to facilitate settlement and may seek a protective order for that purpose.

IT IS SO ORDERED.

Dated:   **June 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE