# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>GREG RODRIGUEZ, et al.,<br><br>  Defendants. | Case No. 1:22-cv-01569-JLT-SAB<br><br>ORDER RE: STIPULATION TO REASSIGN SETTLEMENT CONFERENCE, VACATING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE MCAULIFFE AND SETTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE NEWMAN<br><br>(ECF Nos. 50, 51, 52) |

Plaintiff Jane Doe initiated this civil rights action against Defendants Rodriguez, Pallares, Favre, Allen, Valladares, Mosqueda, the State of California, and the California Department of Corrections and Rehabilitation ("CDCR") on December 5, 2022, asserting claims based on sexual assault and failure to protect.[1] (ECF No. 1.) A scheduling conference was held on April 20, 2023 (ECF No. 46), and limited discovery deadlines were set in light of the pending motion to dismiss filed by some of the named defendants. (See ECF Nos. 32, 43, 47.)

On June 21, 2023, Plaintiff and Defendants Allen, Mosqueda, Pallares, and Valladeraz filed a stipulated request to set an early in-person settlement conference before Magistrate Judge Kendall J. Newman on October 3 or 4, 2023, and to stay proceedings in the meantime. (ECF No.

---

[1] Defendants CDCR, State of California and Favre have been dismissed from this action.

1

50.)² On June 21, 2023, the Court entered an order referring this matter to an early settlement conference with Magistrate Judge Barbara A. McAuliffe on October 16, 2023, and staying this action. (ECF No. 51.)

On June 22, 2023, Plaintiff and Defendants Allen, Mosqueda, Pallares, and Valladeraz, filed a stipulated request to reset the settlement conference before Magistrate Judge Newman. (ECF No. 52.) The filing indicates that the previous stipulation inadvertently omitted important facts for the Court's consideration regarding the settlement conference referral, and the stipulating parties submit the request for re-assignment of the settlement conference to Magistrate Newman. (Id.) Specifically, the filing describes that the stipulating parties have agreed to an early settlement conference in this matter to take place before Magistrate Judge Newman on October 3 or 4, 2023; that prior to submitting the stipulation and proposed order for setting settlement conference and request for stay of proceedings, the parties had been in communication with Magistrate Judge Newman's clerk, and had received the dates of October 3rd and 4th as open dates to conduct a settlement conference; there are currently 4 (four) cases that proposed stipulations and orders are being submitted for settlement conference with Magistrate Judge Newman, with all four cases having been ordered related by District Judge Jennifer L. Thurston; that the parties anticipated completing the settlement conferences in all four cases over the two day period set with Magistrate Judge Newman, and that judicial economy would best be served and the parties would benefit from the conservation of resources due to the duplication of issues, claims, and legal theories all being presented to one Magistrate Judge for consideration during a consecutive two day period; that all counsel attending the settlement conferences are based in the Sacramento area, and 2 of the 4 Plaintiffs reside in the Sacramento area; that the parties sought Magistrate Judge Newman's assistance with these matters based upon the cases' sensitive subject matter and counsels' prior experience with Magistrate Judge Newman in settlement conference; and that the parties specifically requested in-person settlement conferences in Sacramento with Magistrate Judge Newman to increase the possibility of resolution.

---

² The parties indicated counsel for Defendant Rodriguez was unable to join in the stipulation and anticipates filing a motion to withdraw from the case in the near future. (Id. at 2, n.1.)

For the above stated reasons, the stipulating parties request re-assignment of the settlement conference, to Magistrate Judge Kendall J. Newman, and ask that these matters be set for October 3 and 4, 2023, in Sacramento, California for in-person settlement conference. The Court finds good cause to grant the stipulated request.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. The settlement conference set for **October 16, 2023** at **9:30 a.m.** before **Magistrate Judge Barbara A. McAuliffe** in **Courtroom 8**, is VACATED;

2. A settlement conference is SET to be held in this matter on **October 3 and/or October 4, 2023,** before **Magistrate Judge** Kendall J. Newman; and

3. Further orders concerning the individualized setting of the four above described matters on the two reserved dates, and concerning specific procedures for conducting the four settlement conferences on the two dates, will be issued by Magistrate Judge Newman.

IT IS SO ORDERED.

Dated:   **June 22, 2023**

UNITED STATES MAGISTRATE JUDGE

3