Robert Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 647-7728
Facsimile: (916) 930-6093
Email: robert@rchalfant.com

Attorney for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, and DOES 1 to 20,<br><br>　　　　Defendants. | Case No. 1:22-cv-01569-JLT-SAB<br><br>**PLAINTIFF'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**Date:** October 4, 2023<br>**Time:** 9:00 a.m.<br>**Location:** Courtroom 25, 8th Floor<br>**Magistrate Judge Kendall J. Newman**<br><br>**IN PERSON** |

　　PLEASE TAKE NOTICE that pursuant to Eastern District local Rule 270(d), Plaintiff JANE DOE has submitted her Confidential Settlement Conference Statement with the Court:

Dated: September 23, 2023　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Robert Chalfant_____
　　　　　　　　　　　　　　　　　　　　　　　　　Robert Chalfant
　　　　　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF ROBERT CHALFANT
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff JANE DOE

1

**Plaintiff's Notice of Lodging Confidential Settlement Conference Statement**
*Jane Doe v. State of California, et al.,* Eastern District of California, Case No. 1:22-cv-01569-JLT-SAB